IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CASE NO. 8:11CV120 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **DEFAULT JUDGMENT AND** |
| **$72,000.00 IN UNITED** ) | **DECREE OF FORFEITURE** |
| **STATES CURRENCY,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 28) against the Defendant and any unknown claimants. Plaintiff is presently represented by Nancy A. Svoboda, Assistant United States Attorney. The Defendant is not present, personally or through counsel. No Claimants are present, either personally or through counsel. Upon review of the record of this case, the Court, being duly advised in the premises, finds as follows:

1. A Complaint for Forfeiture was filed herein on April 4, 2011. A Warrant for Arrest in Rem was issued by this Court and was properly executed on the Defendant property (Filing No. 5) by the U.S. Marshal.

2. Publication of the notice of this action and of the arrest of the Defendant property was duly made pursuant to order of this Court dated September 9, 2011 (Filing No. 23). A Declaration of Publication (Filing No. 24) was filed herein on November 17, 2011.

3. On April 28, 2011, the U.S. Marshals Service served copies of the Verified Complaint, Notice of Seizure and Procedure, and Warrant In Rem on the Claimant, Larry Gustav Ryan by personal service, as evidenced by Filing No. 6, Process Receipt and

Return.  Mr. Ryan filed a Claim (Filing No. 8) and an Answer (Filing No. 7) on May 19, 2011.  He withdrew the same on August 30, 2011 (Filing Nos. 20 and 21).

  4. Other than Larry Ryan, no person or entity entitled to the Defendant property has filed a Claim or an Answer to Plaintiff's Complaint within the time fixed by law.

  5. The Plaintiff's Request to Enter Default was granted by this Court on November 22, 2011.

  IT IS ORDERED:

  A. The Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 28) is hereby sustained.

  B. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

  C. The Defendant property be and the same hereby is forfeited to the United States of America.

  D. The Defendant property shall be disposed of by the United States in accordance with law.

  DATED this 20th day of December, 2011.

          BY THE COURT:

          s/Laurie Smith Camp
          Chief United States District Judge